# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:23-po-84 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| ANDREW CROOKS, | : | |
| Defendant. | : | |

# ORDER

This case is before the Court upon the Government's Motion in Limine to Preadmit Ancient Documents (Doc. #31) and Defendant's Response (Doc. #42).

The Government moves to pre-admit documentary evidence for the purpose of judicial economy. (Doc. #31, *PageID* #s 88-99). The Government relies on the exception for ancient documents under Federal Rule of Evidence 803(16) to pre-admit documentation showing concurrent and/or exclusive Federal jurisdiction in the area where the alleged incident that gave rise to this case occurred. *Id.* at 88.

In Defendant's Response, he indicates that he does not object to the Government's Motion. (Doc. #42).

Accordingly, for the reasons set forth therein, the Government's Motion in Limine to Preadmit Ancient Documents (Doc. #31) is **GRANTED**.

**IT IS SO ORDERED.**

April 10, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge